

# NUMBER 13-19-00590-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **JESUS ANGEL REBOLLAR,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 139th District Court of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This cause is before the Court on its own motion. The Court, having fully examined the briefs, is of the opinion that it needs to directly examine State's Exhibit 136 (Blue Shirt). The clerk of the trial court is hereby ORDERED to forward the original State's

Exhibit 136 admitted at trial in Cause No. CR-1456-18-C to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
20th day of May, 2022.